**Order entered July 13, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00545-CV**

**MAJGEK PARTNERS, LLC, Appellant**

**V.**

**MO AND ASSOCIATES, LLC AND**
**JIMMY AND SUSAN MONTGOMERY, Appellees**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-00310-2019**

### ORDER

Appellees' joint unopposed motion for extension of time to file a motion for rehearing is **GRANTED**. Appellees' motion is now due to be filed on or before August 11, 2022.

/s/     AMANDA L. REICHEK
            JUSTICE